KASKASKIA LIFE INSURANCE COMPANY, now Mississippi Valley Life Insurance Co., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 9378.

Circuit Court of Appeals, Eighth Circuit.

Nov. 28, 1932.

John V. Sees, of Huntington, Ind., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and John D. Foley, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., and Erwin N. Griswold, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Petition to review decision of board of Tax Appeals dismissed for want of jurisdiction on motion of counsel for respondent.

LEHIGH COAL & NAVIGATION COMPANY, as Owner of THE Coal Boat NO. 15, Libelant-Appellee, v. THE Tugs AUTHENTIC and THE WILLIAM A. JAMISON, Their Engines, etc., Tice Towing Line, Claimant-Appellee, Jay Street Terminal, Claimant-Appellant.

No. 148.

Circuit Court of Appeals, Second Circuit.

Jan. 23, 1933.

Courtland Palmer, of New York City, for claimant-appellant.

Park, Lynch & Hagen, of New York City (Anthony V. Lynch, Jr., and Charles W. Hagen, both of New York City, of counsel), for claimant Tice Towing Line.

Bigham, Englar, Jones & Houston, of New York City (Leonard J. Matteson and Charles A. Van Hagen, Jr., both of New York City, of counsel), for libelant-appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

LIBBY, McNEILL & LIBBY, Appellant, v. FARWEST FISHERIES, Inc., a Corporation, et al., Appellees.

No. 7039.

Circuit Court of Appeals, Ninth Circuit.

Jan. 9, 1933.

R. E. Robertson, of Juneau, Alaska, for appellant.

Harry F. Morton, of Anchorage, Alaska, for appellees.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of counsel for appellant, ordered appeal dismissed; mandate forthwith.

MIDNIGHT T. MINES, Inc., a Corporation, Appellant, v. W. W. LINESBA et al., Appellees.

No. 6942.

Circuit Court of Appeals, Ninth Circuit.

Jan. 18, 1933.

Struckmyer & Jennings of Phœnix, Ariz., for appellant.

Favour & Baker and J. E. Russell, all of Prescott, Ariz., for appellees.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal herein dismissed, with prejudice; each party to pay its own costs.